# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# MOBILE DIVISION

| | | |
|---|---|---|
| **PINNACLE PROPERTIES, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **No.: 1:23-cv-00198** |
| **v.** | ) | |
| | ) | |
| **GUARANTEED RATE, INC.,** *ET* | ) | |
| *AL.* | ) | |
| | ) | |
| **Defendants** | ) | |

## SATISFACTION OF JUDGMENT

Plaintiff Pinnacle Properties, LLC ("Plaintiff") and Defendant Guaranteed Rate, Inc. ("Defendant"), by and through their undersigned counsel, hereby notify this Court that the Judgment entered in the above-captioned case has been satisfied.

Respectfully submitted on this the 2nd day of April, 2026.

/s/ James B. Pittman
James Pittman
JAMES B. PITTMAN, JR., P.C.
P.O. Box 2525
Daphne, AL 36526
Telephone: (251)626-7704
Fax: (251)626-8202
james@jbplaw.com

*ATTORNEYS FOR PINNACLE PROPERTIES, LLC*

/s/ Grant A. Premo
Grant A. Premo
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
gpremo@bradley.com

*ATTORNEYS FOR GUARANTEED RATE, INC.*

1